```
RICHARD K. VERES SBN 154367
JAMES E. REED, SBN 072345
NICHOLS, CATTERTON, DOWNING & REED
P.O. Box 857
Fall River Mills, CA  96028
Telephone:  (530) 336-5050
Facsimile:  (530) 336-5366
```

Attorney for Plaintiff, ALICE WALSH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ALICE WALSH,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT VASCULAR and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No. 2:09-CV-03474-MCE-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

To the COURT:

　　　The Parties in this action through their respective counsel have agreed to settle the above action. Therefore, the Parties herein agree to have the Court dismiss this case. Each party will bear its own costs and fees.


Dated:  August 9, 2011　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　RICHARD K. VERES, Attorney for
　　　　　　　　　　　　　　　　　　Plaintiff, ALICE WALSH

1

```
                              _____/S/_____
                              BRIAN MOONEY, Attorney for
                              Defendant ABBOTT VASCULAR, Inc.
```

**ORDER**

The parties having reached a settlement in the above action and good cause appearing, the above action is hereby dismissed as requested in its entirety.  The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  8/18/2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE